IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SHAWN ANDREWS and SETH ROUZAN, *
 *
    Plaintiffs, *
 *
    v. * CV 618-047
 *
WARDEN MARTY ALLEN, Georgia *
State Prison, In His Individual *
Capacity, et al., *
 *
    Defendants. *

O R D E R

Before the Court is the parties' stipulation of dismissal. (Doc. 37.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties have agreed to the dismissal of the above-referenced action with prejudice. **IT IS THEREFORE ORDERED** that all of Plaintiffs' claims asserted in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear their own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of June, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA